31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Troy L. LEWIS, Sr., Petitioner,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent.

No. 01–3341.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Hakan LANS, Plaintiff–Appellant,

v.

DELL COMPUTER CORPORATION, Defendant–Appellee.

Hakan Lans, Plaintiff–Appellant,

v.

Acer America, Inc., Defendant–Appellee.

Hakan Lans, Plaintiff–Appellant,

v.

AST Research Corp., Defendant–Appellee.